IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUSTIN HALSTEAD,<br><br>Plaintiff / Counter Defendant,<br><br>vs.<br><br>CARPET TECH, INC., a Tennessee Corporation d/b/a/ Artisent Floors;<br><br>Defendant / Counter Claimant. | **8:26CV272**<br><br>**ORDER** |

On August 7, 2026, Carpet Tech, Inc. d/b/a Artisent Floors ("Artisent") filed a Motion for Expedited Discovery. (Filing No. 22). On August 14, 2026, Artisent filed a Motion for Preliminary Injunction. (Filing No. 25). Thereafter, the parties met and conferred and notified chambers that they had reached an agreement as to Filing No. 22. The parties filed a Joint Stipulation requesting that the Motion for Expedited Discovery be granted. (Filing No. 37). The parties agreed to conduct limited and expedited discovery as set forth in Filing No. 37. The stipulation also contains the parties' agreed deadlines for Artisent to file "its motion and opening preliminary injunction brief" and the associated briefing deadlines. (Filing No. 37). Noting that Artisent had already filed a Motion for Preliminary Injunction, the court emailed the parties to clarify Artisent's intentions as to Filing No. 25. On September 2, 2026, Artisent filed a Motion to Withdraw the Motion for Preliminary Injunction, and the brief and index in support of the Motion for Preliminary

Injunction. Filing Nos. 25-27. (Filing No. 42). Artisent will file an Amended Motion for Preliminary Injunction after the expedited discovery is complete. Accordingly,

IT IS ORDERED:

1. The parties' stipulation, Filing No. 37, is approved, and the parties shall be bound by the agreements or stipulations stated therein.

2. Artisent's Motion for Expedited Discovery, Filing No. 22, is granted in accordance with the parties' stipulation at Filing No. 37.

3. Artisent's Motion to Withdraw Documents, Filing No. 42, is granted. Filing Nos. 25, 26, and 27 are deemed withdrawn.

4. The parties agreed to the following briefing schedule: Artisent's deadline to file an Amended Motion for Preliminary Injunction and supporting brief is September 28, 2026. Plaintiff/Counter Defendant Dustin Halstead shall file a response brief on or before October 5, 2026, and Artisent's reply brief shall be filed on or before October 9, 2026.

Dated this 2nd day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge